**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. EP-25-CR-01046-KC** |
| **Plaintiff,** | |
| **vs.** | |
| **SETH HERRERA,** | |
| **Defendant.** | |

**ADVISORY TO THE COURT REGARDING DEFENDANT'S PARALLEL
PROCEEDINGS**

NOW COMES the United States of America, Plaintiff, by and through the United
States Attorney for the Western District of Texas, and files this Advisory to the Court
Regarding Defendant's Parallel Proceedings in this case.  The United States respectfully
advises the Court as follows:

**I.**

On May 14, 2025, a two-count Indictment was filed against Defendant SETH
HERRERA (the "defendant") in the instant criminal case. *United States v. Seth Herrera,*
Criminal No. EP-25-CR-01046-KC (W.D. Tex.), ECF No. 1 (Indictment). The defendant
was charged with attempted sexual exploitation of a minor, in violation of 18 U.S.C.
§ 2251(a),(e) (Count 1); and receipt of visual depictions involving the sexual exploitation
of a minor, in violation of 18 U.S.C. § 2252(a)(2), (b)(1) (Count 2). Federal Public
Defender Michael Gorman had previously been appointed as counsel for the defendant in

anticipation of the Indictment.

## II.

At the time of the Indictment, the defendant was facing related child-exploitation charges in the District of Alaska.  Specifically, on August 22, 2024, a federal Grand Jury in Alaska returned a three-count indictment charging the defendant with one count of transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1), (b)(1) (Count 1); one count of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1) (Count 2); and one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2) (Count 3). *See United States v. Herrera*, No. 3:24-cr-00091-SLG-KFR (D. Alaska), ECF No. 2 (Indictment).  The defendant was arrested on August 23, 2024, and has been detained in Alaska since that date. *See Herrera*, No. 3:24-cr-00091, ECF No. 6 (Arrest Warrant), ECF No. 10 (Detention Order).

Litigation in the defendant's Alaska case has been ongoing.  Most recently, between May 2025 and December 30, 2025, the parties were litigating the defendant's motion to suppress. The district court has excluded time under 18 U.S.C. §§ 3161 (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), finding that the ends of justice are served by taking such action and outweigh the best interest of the public and the defendant in a speedy trial. *See, e.g.*, *Herrera*, No. 3:24-cr-00091, ECF Nos. 8, 22, 24, 27, 44, 67, 90. Trial has now been set to begin on May 11, 2026 in Anchorage. *Id.*, ECF No. 100 (Trial Scheduling Order).

## III.

A notice regarding these parallel proceedings was previously filed on the docket in Alaska on May 16, 2025, shortly after the Indictment in this case. *See Herrera*, No.

3:24-cr-00091, ECF No. 49 (Notice regarding Parallel Proceedings). As indicated in its Notice, the United States does not intend to delay the proceedings in bringing both prosecutions. Nor does the United States intend or seek to require the transfer or shuttling of the defendant between Anchorage, Alaska and El Paso, Texas. Undersigned counsel has been advised by the U.S. Marshals in El Paso that, in all likelihood, the defendant would not be transported to El Paso while the Alaska charges are pending. Rather, the defendant would be transferred to the Western District of Texas once the Alaska case is resolved.

The United States has been in touch with defense counsel in both districts to seek to make these parallel cases proceed as smoothly as possible, to the extent the government has any control. It is the government's understanding that counsel for defendant have been in communication regarding both cases and that the defendant would proceed to trial in Alaska first. After the resolution of that case, the defendant would then appear in El Paso, Texas on the Indictment returned in this district.

## IV.

The United States advises this Court that it will provide notice to the Court of any further significant developments in the defendant's Alaska case that may bear on the instant case or the timing of the proceedings in this district.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:    *s/ Mallory J. Rasmussen*
MALLORY J. RASMUSSEN
Assistant United States Attorney
U.S. Attorney's Office, Western District
of Texas
700 E. San Antonio St., 2nd Floor
El Paso, Texas 79901
C: (915) 245-1886
Email: Mallory.Rasmussen@usdoj.gov

*s/ Rachel L. Rothberg*
RACHEL L. ROTHBERG
Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Ave NW, 11th Fl
Washington, DC 20530
C: (202) 603-9145
Email: Rachel.Rothberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

*s/ Rachel L. Rothberg*